FILED
6/8/2020
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHRISTOPHER HENRY RABORG TR , ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.  20-176 (UNA) |
| ) | |
| CANTOR FITZGERALD FINANCIAL ) | |
| CORPORATION *et al*., ) | |
| ) | |
| Defendants. ) | |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is

**ORDERED** that the plaintiff's *in forma pauperis* status is hereby **REVOKED**; it is further

**ORDERED** that the plaintiff's motion to issue summonses and to appoint a judge, ECF No. 8, is **DENIED**; and it is further

**ORDERED** that this case is **DISMISSED** without prejudice.


SIGNED:     EMMET G. SULLIVAN
UNITED STATES DISTRICT JUDGE

DATE:  June 8, 2020